SEYFARTH SHAW LLP
Alfred L. Sanderson (SBN 186071)
asanderson@seyfarth.com
Ferry E. Lopez (SBN 274080)
flopez@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:    (916) 448-0159
Facsimile:    (916) 558-4839


MAYER BROWN LLP
Carmine R. Zarlenga
(*pro hac vice* application submitted)
czarlenga@mayerbrown.com
1999 K Street NW
Washington, DC 20006-1101
Telephone:    (202) 263-3000
Facsimile:    (202) 263-3300

Attorneys for Plaintiff
FOSTER POULTRY FARMS

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In Re: | Case No. 12-37961-TH |
| ZACKY FARMS, INC., | Chapter 11 |
| Debtor. | Adversary Proceeding No. 12-02672 |
| _____ | DCN: SS-2 |
| FOSTER POULTRY FARMS, | **EXHIBITS TO DECLARATION OF MARGIE JURADO IN SUPPORT OF FOSTER POULTRY FARMS' MOTION FOR PRELIMINARY INJUNCTION** |
| Plaintiff, | |
| v. | |
| ZACKY FARMS, LLC, | Date:    January 8, 2013<br>Time:    9:32 a.m.<br>Judge:    Thomas C. Holman<br>Dept.    B |
| Defendant. | 501 I Street, 6th Floor<br>Courtroom 32<br>Sacramento, CA |

1

EXHIBITS TO DECLARATION OF MARGIE JURADO

15098703v.1

1  Pursuant to Bankruptcy Local Rule 9004-1(e)(2), Foster Poultry Farms respectfully
2  submits its exhibits to the Declaration of Margie Jurado in Support of Foster Poultry Farms'
3  Motion for Preliminary Injunction.

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| A | Photograph of the cold case at a Vincente Foods store in West Los Angeles, California |
|  |  |

10  DATED: December 11, 2012                    Respectfully submitted,

                                                SEYFARTH SHAW LLP


                                                By:  /s/ Ferry E. Lopez
                                                    Alfred L. Sanderson
                                                    Ferry E. Lopez
                                                Attorneys for Plaintiff
                                                FOSTER POULTRY FARMS

**EXHIBIT A**



Case 12-02672     Filed 12/11/12     Doc 17