1 | DONALD W. FITZGERALD, State Bar No. 095348
THOMAS A WILLOUGHBY, State Bar No. 137597
2 | JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
3 | WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
4 | Sacramento, CA 95814
Telephone: (916) 329-7400
5 | Facsimile: (916) 329-7435
dfitzgerald@ffwplaw.com
6 | twilloughby@ffwplaw.com
jniemann@ffwplaw.com

Attorneys for Zacky Farms, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In re:<br><br>ZACKY FARMS, LLC, a California limited liability company,<br><br>Debtor-In-Possession. | CASE NO. 12-37961-B-11<br><br>DCN: FWP-23<br><br>Date: January 22, 2013<br>Time: 9:32 a.m.<br>Courtroom: 32<br>501 I Street, 6th Floor<br>Sacramento, CA |
|---|---|

**EXHIBITS TO MOTION TO APPROVE STIPULATED DISMISSAL OF FOSTER POULTRY FARMS ADVERSARY PROCEEDING**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Stipulation |
| B | Debtor's Reply to Opposition/Objection of Foster Poultry Farms D/B/A Foster Farms to Debtor's Motion for Authority to Assume and Assign Certain Unexpired Other Executory Contracts and Leases In Connection with the Proposed Sale of Substantially All of the Debtor's Assets |

Dated: January 2, 2013

FELDERSTEIN FITZGERALD
   WILLOUGHBY & PASCUZZI LLP

By: _/s/ Thomas A. Willoughby_
    THOMAS A. WILLOUGHBY
    Attorneys for Zacky Farms, LLC

-1-

Exhibit to Motion to Approve Stipulated Dismissal of
Foster Poultry Farms Adversary Proceeding

**EXHIBIT A**

1  SEYFARTH SHAW LLP
   Alfred L. Sanderson (SBN 186071)
2  asanderson@seyfarth.com
   Ferry E. Lopez (SBN 274080)
3  flopez@seyfarth.com
   400 Capitol Mall, Suite 2350
4  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
5  Facsimile: (916) 558-4839

6  Carmine R. Zarlenga
   (*Pro Hac Vice* App. pending)
7  czarlenga@mayerbrown.com
   MAYER BROWN LLP
8  1999 K Street NW
   Washington, DC 20006-1101
9  Telephone: (202) 263-3000
   Facsimile: (202) 263-3300
10
   Attorneys for Plaintiff
11 FOSTER POULTRY FARMS

12
                    UNITED STATES BANKRUPTCY COURT
13
                    EASTERN DISTRICT OF CALIFORNIA
14
                         SACRAMENTO DIVISION
15

| 16 | ZACKY FARMS, LLC, | Case No. 12-37961-TH |
|---|---|---|
| 17 | Debtor. | Chapter 11 |
| 18 | | Adv. Pro. No.: 12-02672 |
| 19 | | DCN: SS-4 |
| 20 | | |
| 21 | | **STIPULATION AND ORDER** |
| 22 | | **DISMISSING THE FIRST AMENDED COMPLAINT WITHOUT PREJUDICE** |
| 23 | FOSTER POULTRY FARMS, | |
| 24 | Plaintiff, | **Date: January 8, 2013** |
| 25 | v. | **Time: 9:32 a.m.** **Judge: Thomas C. Holman** |
| 26 | ZACKY FARMS, LLC, | **Dept. B** **501 I Street, 6th Floor,** |
| 27 | Defendant. | **Courtroom 32** **Sacramento, CA** |
| 28 | | |

1

STIPULATION AND ORDER DISMISSING THE
FIRST AMENDED COMPLAINT WITHOUT PREJUDICE

Plaintiff Foster Poultry Farms ("Foster Farms") and Defendant Zacky Farms, LLC ("Zacky Farms") (collectively, "the Parties"), through their respective attorneys of record herein, stipulate and agree to resolve the above-captioned litigation on the terms set forth below and respectfully request that the Court enter an Order upon the following stipulation ("Stipulation"):

1.  Without admitting any obligation to cease, and without waving any rights and/or defenses it has with respect to the assertions in the present adversary action, Zacky Farms agrees and immediately will cease and desist using, or encouraging, inducing, enabling or otherwise assisting any person or entity in the use of, the "Zacky Farms" trademark in the conjunction with the production, sale or distribution of chicken products other than "Ancillary Chicken Products" as defined in the Purchase Agreement (Dkt. 26 at Ex. 1) for the duration of this bankruptcy proceeding (collectively, "Prohibited Conduct").

2.  This Stipulation and Order is without prejudice to any rights that Foster Farms may have to recover damages for the activities specified in its First Amended Complaint (Dkt. 26), and is without prejudice to any and all defenses, set offs and/or counterclaims Zacky Farms that Zacky Farms may possess with respect to such asserted damages.

3.  The Court shall retain jurisdiction to enforce this Stipulation and Order.

4.  If Zacky Farms, after execution and entry of this Stipulation and Order, engages in Prohibited Conduct, Foster Farms shall move to enforce this Stipulation and Order and shall be entitled to recover from Zacky Farms its costs and reasonable attorneys' fees incurred in enforcing this Stipulation and Order pursuant to California Civil Code section 1717 or otherwise enjoining Zacky from engaging in Prohibited Conduct.

///

///

///

///

///

///

5. The First Amended Complaint is dismissed without prejudice.

Dated: December 14, 2012      STIPULATED TO AND AGREED UPON:

/s/ Thomas A. Willoughby      /s/ Carmine R. Zarlenga

_____      _____

Thomas A. Willoughby (SBN 137597)      Alfred L. Sanderson (SBN 186071)
FELDERSTEIN FITZGERALD      Ferry E. Lopez (SBN 274080)
WILLOUGHBY & PASCUZZI LLP      SEYFARTH SHAW LLP
Attorney for Defendant
ZACKY FARMS, LLC      Carmine R. Zarlenga
     MAYER BROWN LLP
     Attorneys for Plaintiff
     FOSTER POULTRY FARMS

**SO ORDERED.**

DATED: _____, 2013      _____

     Hon. Thomas Holman
     United States Bankruptcy Judge

# EXHIBIT B

DONALD W. FITZGERALD, State Bar No. 095348
THOMAS A WILLOUGHBY, State Bar No. 137597
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
dfitzgerald@ffwplaw.com
twilloughby@ffwplaw.com
jniemann@ffwplaw.com

Attorneys for Zacky Farms, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>ZACKY FARMS, LLC, a California limited liability company,<br><br>Debtor-In-Possession. | CASE NO. 12-37961<br><br>DCN: FWP-19<br><br>Date: January 8, 2013<br>Time: 9:32 a.m.<br>Courtroom: 32<br>501 I Street, 6th Floor<br>Sacramento, CA |

**REPLY TO OPPOSITION/OBJECTION OF FOSTER POULTRY FARMS D/B/A FOSTER FARMS TO DEBTOR'S MOTION FOR AUTHORITY TO ASSUME AND ASSIGN CERTAIN UNEXPIRED OTHER EXECUTORY CONTRACTS AND LEASES IN CONNECTION WITH THE PROPOSED SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS**

Zacky Farms, LLC, a California limited liability company (the "Debtor"), debtor and debtor in possession, hereby replies to the opposition ("Opposition") filed by Foster Poultry Farms d/b/a/ Foster Farms ("Foster Farms") to Debtor's Motion for Authority to Assume and Assign Certain Unexpired Other Executory Contracts and Leases in Connection with the Proposed Sale of Substantially all of the Debtor's Assets ("Motion").[1]

In the Opposition, Foster Farms admits that it unilaterally terminated the Shared Services Agreement ("SSA") in July 2012. Using its unilateral termination, Foster Farms now asserts that the SSA is not an executory contract and cannot be assumed by the Debtor. However, the

---

[1] All defined terms not defined herein have the meanings ascribed in the Motion.

unilateral breach by Foster Farms did not terminate the SSA under California law. As the California Supreme Court has stated:

> It is well settled in this state that one who has been injured by a breach of contract has an election to pursue any of three remedies, to wit: He may treat the contract as rescinded and may recover upon a quantum meruit so far as he has performed; or *he may keep the contract alive, for the benefit of both parties, being at all times ready and able to perform*; or, third, he may treat the repudiation as putting an end to the contract for all purposes of performance, and sue for the profits he would have realized if he had not been prevented from performing.

*Alder v. Drudis*, 30 Cal. 2d 372, 381-82 (1947) (internal quotation marks omitted) (emphasis added). Because the Debtor has elected to continue the SSA notwithstanding the unilateral breach by Foster Farms, the SSA can be assumed by the Debtor.

Even though the Debtor has elected to continue the SSA, the Debtor also recognizes that whether the SSA has been terminated involves disputed issues of fact that likely will require extensive litigation to resolve. Supplemental Declaration of Keith F. Cooper in support of this Reply ¶ 4. At this juncture, no purchaser is currently seeking to assume the SSA so any litigation over the effect of Foster Farms' purported unilateral termination does not need to be resolved at the January 8 hearing. *Id*. ¶ 4. However, the bid deadline is after the January 8 hearing date and there could be a bidder who proposes to assume the SSA. *Id*. ¶ 4. The Debtor proposes that the SSA will not be assumed and assigned at the January 18 sale hearing. *Id*. ¶ 5. Rather, if a purchaser is interested in assuming the SSA, the Court may approve assumption and assignment of the SSA conditioned upon a final determination that the SSA can be assumed and assigned, with the purchaser pursuing such litigation at the purchaser's expense and with Foster Farms retaining all rights to defend against such litigation. *See, e.g., United Airlines, Inc. v. U.S. Bank Nat'l Assoc., Inc. (In re United Airlines)*, 447 F.3d 504 (7th Cir. 2006) (where the debtor was permitted to conditionally assume a lease under a confirmed plan of reorganization pending a determination that the underlying obligation was a lease).

By deferring the resolution of the consequences of Foster Farms' actions in July 2012, the Debtor is not waiving the Debtor's damage claim against Foster Farms for Foster Farms' unilateral breach of the SSA. At a minimum, Foster Farms' $12 per ton increase in the feed sold to the Debtor in violation of the SSA contributed to the Debtor's bankruptcy filing, and all the

damages that flow from such filing. *Id.* ¶ 6. The Debtor expressly preserves all damages the Debtor has against Foster Farms for Foster Farms' unilateral breach of the SSA.

Dated: January 2, 2013

                        FELDERSTEIN FITZGERALD
                        WILLOUGHBY & PASCUZZI LLP

                        By:   */s/ Thomas A. Willoughby*
                              THOMAS A. WILLOUGHBY
                              Attorneys for Zacky Farms, LLC